UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Moose M. Scheib, | Case Number 21-42581 |
| Debtor. | Hon. Mark A. Randon |
| _____/ | |
| Kelly Silvera Jarrett, | |
| Plaintiff. | Adversary Proceeding |
| v. | Case No. 21-04167 |
| Moose M. Scheib, | |
| Defendant. | |
| _____/ | |

## *AMENDED ORDER REGARDING TRIAL

This matter is before the Court on an initial scheduling conference. The Court held a telephonic hearing on April 18, 2022. The Court reschedules the final pretrial conference to *May 19, 2022, at 10:00 a.m.* If Defendant or his counsel fails to appear on the adjourned date, the Court will enter a default judgment against Defendant in the amount of $500,000.00. If Debtor or his counsel appears, a new trial date will be set at the final pretrial conference.

**IT IS ORDERED**.

*Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1-(888)363-4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate*



**Signed on May 12, 2022**

/s/ Mark A. Randon
**Mark A. Randon
United States Bankruptcy Judge**