UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In re:

Moose M. Scheib,            Case No. 21-42581
                                  Chapter 7
                                  Hon. Mark A. Randon

       Debtor,

_____/

Kelly Silvera Jarrett,

       Plaintiff,

v.                              Adv. Proc. No. 21- 04167

Moose Scheib,

       Defendants.

_____/

**APPEARANCE**

TO:    Clerk of the Court

PLEASE ENTER my appearance as attorney for and on behalf of defendant MOOSE SCHEIB.

          By:    /s/Moose Scheib
                   Moose Scheib (CT Juris # 426575)
                   Attorney for Defendant Moose Scheib
                   30300 Northwestern, Suite 230
                   Farmington Hills, MI 48334
                   (313) 888-8188
                   moose.scheib@gmail.com

Dated: May23, 2022

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing documents were served upon all attorneys of record on May23, 2022 using the courts e-filing system.


<u>/s/Moose Scheib</u>
Moose Scheib