Form:def3AP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

In Re: (NAME OF DEBTOR(S))  
Moose M. Scheib

Case No.: 21−42581−mar  
Chapter 7  
Judge: Mark A. Randon

Kelly Silvera Jarrett  
Plaintiff

Adv. Proc. No. 21−04167−mar

v.

Moose M. Scheib  
Defendant

## NOTICE OF DEFICIENT FILING

It has been determined that the following document:

*21 −* Notice of Appearance and Request for Notice Filed by Defendant Moose M. Scheib . (ckata)

Proof of Service Non−Compliant. A case caption is needed for a Proof of Service. Certificate of Service Required. A party serving a Paper shall file a Certificate of Service. The Certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Amended Document Missing
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Docket Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 d−1
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☒ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 5/23/22

BY THE COURT

Todd M. Stickle
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

Jarrett,
    Plaintiff

Adv. Proc. No. 21-04167-mar

Scheib,
    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 23, 2022 | Form ID: def3AP | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Moose M. Scheib, 15 Bradford Ct., Unit 27, Dearborn, MI 48126-4170 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Paul F. Doherty | on behalf of Plaintiff Kelly Silvera Jarrett pdoherty@venjohnsonlaw.com mhunter@venjohnsonlaw.com;jbrown@venjohnsonlaw.com |

TOTAL: 1