# Exhibit 1

Linda Woods    6/6/2022 10:37 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    IN MY OFFICE    FILED    20-011000-NO

| STATE OF MICHIGAN<br>THIRD CIRCUIT COURT<br>WAYNE COUNTY | NOTICE OF TRIAL | CASE NO:<br>20-011000-NO |
|---|---|---|

Court address: 2 Woodward Avenue, Detroit, MI 48226    Courtroom  1411    Court telephone no.  313-224-5195

**SAUNDERS, WAYNE R., Estate of, et al. v USF HOLLAND EXPRESS, LLC, et al.**

Joint Final Pre-Trial Order due August 29, 2022 at 8:00 via mifile

Paul F. Doherty    Final Pre-Trial Conference will be on September 9, 2022 at 11:00 a.m.
535 Griswold St Ste 2632
Detroit MI  48226-3687


**IN RE:  Case Number:  20-011000-NO**

**Case Title:  SAUNDERS, WAYNE R., Estate of, et al. v USF HOLLAND EXPRESS, LLC, et al.**

To be heard by:  Honorable Edward Ewell                    Courtroom:  1411

Located at:    2 Woodward Ave., Detroit, MI

This action is set for trial on the following date and time:

September 12, 2022  at  8:30 a.m.

The specific trial attorneys, parties, lienholders, insurance representatives or other persons with authority to make a final decision as to settlement are required to appear promptly at the time noted and must be prepared to begin trial immediately. All motions must be scheduled and heard prior to trial.

Failure to appear may result in a dismissal of this action.

**YOU ARE DIRECTED TO IMMEDIATELY NOTIFY OPPOSING COUNSEL OF THIS DATE**

Request for an adjournment must be heard by the assigned Judge. No adjournments will be granted except for good cause, the details of which must be specified in the Petition.

If this case has been previously disposed of by order of the Court, please provide a copy of the dispositive order and this notice to the courtroom of the assigned Judge.

If there has been a substitution of attorneys, please notify Case Processing (313) 224-5255.

/s/ Edward Ewell

Judge Edward Ewell, Jr.
Third Judicial Circuit

**2018-3CC (09/2008)  NOTICE OF TRIAL**