# Exhibit 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:  Case No. 21-42581
 Chapter 7
Moose M. Scheib, Hon. Mark A. Randon
    Debtor
and

KELLY SILVERA JARRETT,
    Plaintiff,
v.

MOOSE SCHIEB, a/k/a MUSTAPHA SCHIEB
a/k/a MUSTAPHA CHEAIB,
    Defendant.

## ORDER ADJOURNING ADVERSARY TRIAL

**THIS MATTER** having come before the Court upon the Motion of Kelly Jarrett to Adjourn Adversary Trial; the Court having considered same and being otherwise fully informed in the premises;

**IT IS HEREBY ORDERED** that the Adversary Trial scheduled in this matter to commence September 13, 2022 is adjourned to _____, 2022 at _____, a.m. The parties shall file their Joint Final Pretrial Statement on or before _____, 2022.