UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| IN THE MATTER OF: | Case No. 21-42581 |
| | Chapter 7 |
| Moose M. Scheib, | Hon. Mark A. Randon |
|     Debtor | |

and

KELLY SILVERA JARRETT,
    Plaintiff,
v.

MOOSE SCHIEB, a/k/a MUSTAPHA SCHIEB
a/k/a MUSTAPHA CHEAIB,
    Defendant.

## **CERTIFICATE OF SERVICE**

I certify that on August 5, 2022 I electronically filed the Motion of Kelly Jarrett to Adjourn Adversary Trial and this Certificate of Service with the Clerk of the Court using the ECF systems which will send notification of such filing to all ECF participants in this case.

I further certify that on August 8, 2022, I served, by United States Mail, the Motion of Kelly Jarrett to Adjourn Adversary Trial and this Certificate of Service, to the following non-ECF participants:

> Mr. Moose Scheib
> 15 Bradford Ct Unit 27
> Dearborn, MI 48126

By means of first-class mail.

> Respectfully submitted,
> **JOHNSON LAW, PLC**
>
> By: */s/ Paul F. Doherty*
> Paul F. Doherty (P36579)
> 535 Griswold St., Ste 2600, Detroit, MI 48226
> (313) 324-8300
> Date: August 8, 2022
> pdoherty@venjohnsonlaw.com