Form:def3AP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

In Re: (NAME OF DEBTOR(S))　　　　　　　　　　Case No.: 21–42581–mar
Moose M. Scheib　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Judge: Mark A. Randon

Kelly Silvera Jarrett　　　　　　　　　　　　　　Adv. Proc. No. 21–04167–mar
Plaintiff

v.

Moose M. Scheib
Defendant

## NOTICE OF DEFICIENT FILING

It has been determined that the following document:

*25* – Motion to Trial Date Hearing On (related documents Minute Entry. Final Pre–Trial Conference) Filed by Plaintiff Kelly Silvera Jarrett (Attachments: # 1 Exhibit Notice of Trial Date # 2 Exhibit Proposed Order Adjourning Trial) (Doherty, Paul)

is defective as indicated:

- ☐ Amended Document Missing
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Docket Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 d–1
- ☑ Notice to Respondent Missing or Non–Compliant
- ☐ Original Signature Missing or Non–Compliant
- ☐ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non–Compliant
- ☐ Statement of Corporate Ownership Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/9/22

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　Todd M. Stickle
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court