UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| IN THE MATTER OF: | Case No. 21-42581 |
| | Chapter 7 |
| Moose M. Scheib, | |
|     Debtor | Hon. Mark A. Randon |
| | |
| and | |
| | |
| KELLY SILVERA JARRETT, | Adv Proc No. 21-04167 |
|     Plaintiff, | |
| v. | Hon. Mark A. Randon |
| | |
| MOOSE SCHIEB, a/k/a MUSTAPHA SCHIEB a/k/a MUSTAPHA CHEAIB, | |
|     Defendant. | |

## CERTIFICATE OF SERVICE

I certify that on August 31, 2022, I electronically served the following on the parties:

1. Subpoena and Plaintiff's Notice of Taking De Bene Esse Video Deposition of Rohit Turkhud, Esq.
2. Subpoena to Appear at Trial to Rami D. Fakhoury, Esq.
3. Subpoena to Appear at Trial to Moose M. Scheib

Moose Scheib
15 Bradford Ct Unit 27
Dearborn, MI 48126
moose.scheib@gmail.com

Moose Scheib
240 Middle Road
Montecito, CA 93108
moose.scheib@gmail.com

By means of electronic and first-class mail.

Respectfully submitted,
**JOHNSON LAW, PLC**

By: */s/ Paul F. Doherty*
Paul F. Doherty (P36579)
535 Griswold St., Ste 2600, Detroit, MI 48226
(313) 324-8300
pdoherty@venjohnsonlaw.com

Date: August 31, 2022