UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| IN THE MATTER OF: | Case No. 21-42581 |
| | Chapter 7 |
| Moose M. Scheib, | |
|     Debtor | Hon. Mark A. Randon |
| | |
| and | |
| | |
| KELLY SILVERA JARRETT, | Adv Proc No. 21-04167 |
|     Plaintiff, | |
| v. | Hon. Mark A. Randon |
| | |
| MOOSE SCHIEB, a/k/a MUSTAPHA SCHIEB a/k/a MUSTAPHA CHEAIB, | |
|     Defendant. | |

## **CERTIFICATE OF SERVICE**

I certify that on September 2, 2022, I electronically served the following on the parties:

1. Joint Final Pretrial Statement
2. Subpoena to Mbank

| | |
|---|---|
| Moose Scheib<br>15 Bradford Ct Unit 27<br>Dearborn, MI 48126<br>moose.scheib@gmail.com | Moose Scheib<br>240 Middle Road<br>Montecito, CA 93108<br>moose.scheib@gmail.com |

By means of electronic and first-class mail.

                        Respectfully submitted,
                        **JOHNSON LAW, PLC**

                        By: */s/ Paul F. Doherty*
                        Paul F. Doherty (P36579)
                        535 Griswold St., Ste 2600, Detroit, MI 48226
                        (313) 324-8300
Date: September 2, 2022     pdoherty@venjohnsonlaw.com