UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Moose M. Scheib,   Case No.: 21-42581
                   Chapter 7
    Debtor.   Hon. Mark A. Randon
_____/

Kelly Silvera Jarrett,

    Plaintiff,

v.   Adversary Proceeding
     Case No.: 21-04167

Moose M. Scheib,

    Defendant.
_____/

## JUDGMENT

The Court having presided over a trial of this matter between September 13 and 15, 2022; and having issued its Post-Trial Opinion;

**JUDGMENT IS ENTERED** in favor of Plaintiff Kelly Silvera Jarrett in the amount of $1.5 million;

**IT IS FURTHER ORDERED** that the is debt is nondischargeable under 11 U.S.C. §§ 523(a)(2) and 523(a)(6);

**IT IS FURTHER ORDERED** that this is a final judgment and closes the adversary proceeding.

**Signed on October 31, 2022**



/s/ Mark A. Randon
_____
Mark A. Randon
**United States Bankruptcy Judge**